

December 15, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
500 New York, NY 10007

Re:   *Apnea Sciences Corporation v. Fissiontech LLC*, Case No. 1:25-cv-10328-JLR
      **Letter Motion for Leave to Re-File Initial Complaint with Exhibits A – C**

Dear Judge Rochon:

I represent Plaintiff Apnea Sciences Corporation ("Apnea") in the above-entitled action. Pursuant to Your Honor's individual rules, I submit this Letter Motion in support of Apnea's request to refile its initial Complaint with Exhibits A through C.

Apnea filed its initial Complaint on Friday, December 12, 2025, but inadvertently failed to include Exhibits A through C referenced in the Complaint. *See* Dkt. No. 1. Our office immediately contacted the Civil Case Openings Unit to correct the error and were advised to file a motion for leave to re-file the Complaint with exhibits once the case was assigned to a judge. A true and correct copy of the initial Complaint with Exhibits A through C is attached hereto.

Therefore, it is respectfully requested that the Court grant Apnea leave to re-file its initial Complaint with Exhibits A through C.

Respectfully submitted,

/s/*Amy Lesperance*
Amy Lesperance
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052
Email: alesperance@uzllp.com

*Counsel for Plaintiff Apnea Sciences Corporation*