# EXHIBIT B

Analysis of US 8,833,374
Page 1

Below is a comparison of the limitations of the independent claims of U.S. Patent No. 8,833,374 (the "'374 Patent") with the features of the Difiney Advanced Anti Snoring Mouthpiece Device 4.0 - Customizable Adjustable Comfortable (available at https://idifiney.com/products/advanced-anti-snoring-device-4-0-anti-snoring-mouthpiece-device-mouth-guard-effective-anti-snore-solution-for-men-and-women-customizable-adjustable-comfortable-patent-pending-design) (the "Difiney Device").

| **Claim 1 of the '374 Patent** |
|---|
| *An intra-oral mandibular advancement appliance to be inserted in the mouth of a patient so as to permit the position of the lower jaw of the patient to be adjusted relative to the upper jaw to maintain an airway to the throat through which the patient can breathe while sleeping, said appliance comprising:* |

| The Difiney Device is advertised as a mouthpiece that "gently moves your lower jaw forward [relative to the upper jaw], opening up the airway and reducing snoring." |  |
|---|---|

Analysis of US 8,833,374
Page 2

| *an upper tray assembly having an arcuate shape against which the teeth of the patient's upper jaw are seated, said upper tray assembly having a front and a pair of sides lying opposite and spaced from one another* ||
|---|---|
| The Difiney Device comprises an upper tray assembly having an arcuate shape against which the teeth of the patient's upper jaw are seated. The Difiney device has a "custom mold to your teeth." |  |

Analysis of US 8,833,374
Page 3

| | |
|---|---|
| *a lower tray assembly having an arcuate shape against which the teeth of the patient's lower jaw are seated, said lower tray assembly also having a front and a pair of sides lying opposite and spaced from one another* | |
| The Difiney Device comprises a lower tray assembly having an arcuate shape against which the teeth of the patient's lower jaw are seated. The Difiney device has a "custom mold to your teeth." |  Difiney Device lower tray assembly |

Analysis of US 8,833,374
Page 4

| *a position adjustment block located at each of the pair of sides of one of said upper tray assembly and said lower tray assembly* ||
|---|---|
| The Difiney Device comprises a position adjustment block located at each of the pair of sides of one of said upper tray assembly and said lower tray assembly (*i.e.*, the lower tray assembly). | <br>Difiney Device lower tray assembly |
| *a locking channel located at each of the pair of sides of the other one of said upper tray assembly and said lower tray assembly* ||
| The Difiney Device comprises a locking channel located at each of the pair of sides of the other one of said upper tray assembly and said lower tray assembly (*i.e.*, the upper tray assembly). | <br>Difiney Device upper tray assembly |

| *each position adjustment block being slidably received within a respective locking channel* ||
|---|---|
| Each position adjustment block of the lower tray of the Difiney Device is slidably received within a respective locking channel of the upper tray. | <br>Difiney Device |

Analysis of US 8,833,374
Page 6

| | |
|---|---|
| *whereby said lower tray assembly is mated in releasable locking engagement to said upper tray assembly to prevent a displacement of said lower tray assembly relative to said upper tray assembly* | |
| The Difiney Device comprises a lower tray assembly that is mated in releasable locking engagement to said upper tray assembly to prevent a displacement of said lower tray assembly relative to said upper tray assembly. The instructions indicate that the sides of the Difiney Device are pressed to allow adjustment; otherwise, the upper and lower trays are locked in position relative to one another. |  |

Analysis of US 8,833,374

Page 7

| | |
|---|---|
| *said lower tray assembly being responsive to a lateral compressive squeezing force simultaneously applied to the opposite sides thereof to temporarily change the shape of and deform said lower tray assembly to enable each position adjustment block to slide through its respective locking channel so as to release the locking engagement of said lower tray assembly to said upper tray assembly and thereby permit the positions of said lower tray assembly and the patient's lower jaw to be adjusted relative to the positions of said upper tray assembly and the patient's upper jaw.* | |
| The Difiney Device comprises the upper tray assembly (rather than the lower tray assembly) being responsive to a lateral compressive squeezing force simultaneously applied to the opposite sides thereof to temporarily change the shape of and deform said lower tray assembly, and otherwise is identical to the claimed limitation.<br><br>The upper tray being responsive to compression, rather than the lower tray, is an insubstantial change to the claim language that results in a functionally equivalent device and is therefore covered under the doctrine of equivalents. *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 25, (1997). |  |

**Claim 15 of the '374 Patent**

Analysis of US 8,833,374
Page 8

| | |
|---|---|
| *An intra-oral mandibular advancement appliance to be inserted in the mouth of a patient so as to permit the position of the lower jaw of the patient to be adjusted relative to the upper jaw to maintain an airway to the throat through which the patient can breathe while sleeping, said appliance comprising:* | |
| The Difiney Device is advertised as a mouthpiece that "gently moves your lower jaw forward [relative to the upper jaw], opening up the airway and reducing snoring." |  |
| *an upper tray assembly against which the teeth of the patient's upper jaw are seated* | |

Analysis of US 8,833,374
Page 9

| | |
|---|---|
| The Difiney Device comprises an upper tray assembly having an arcuate shape against which the teeth of the patient's upper jaw are seated. The Difiney device has a "custom mold to your teeth." | <br>Difiney Device upper tray assembly |

*a lower tray assembly against which the teeth of the patient's lower jaw are seated*

| | |
|---|---|
| The Difiney Device comprises a lower tray assembly having an arcuate shape against which the teeth of the patient's lower jaw are seated. The Difiney device has a "custom mold to your teeth." | <br>Difiney Device lower tray assembly |

*one of said upper tray assembly and said lower tray assembly including at least one upstanding position control block having at least one first set of teeth running therealong and*

Analysis of US 8,833,374
Page 10

| | |
|---|---|
| The Difiney Device comprises a position adjustment block located at each of the pair of sides of one of said upper tray assembly and said lower tray assembly (*i.e.*, the lower tray assembly). | <br>Difiney Device lower tray assembly |
| *the other one of said upper and lower tray assemblies having a locking channel recessed therein and having a complementary set of locking teeth running therealong* ||
| The Difiney Device comprises a locking channel located at each of the pair of sides of the other one of said upper tray assembly and said lower tray assembly (*i.e.*, the upper tray assembly). | <br>Difiney Device upper tray assembly |
| *said position adjustment block being received within said recessed locking channel such that said first and complementary sets of teeth are meshed together in releasable interlocking engagement to prevent a displacement of said lower tray assembly relative to said upper tray assembly* ||

Analysis of US 8,833,374
Page 11

| | |
|---|---|
| Each position adjustment block of the lower tray of the Difiney Device is received within a recessed locking channel of the upper tray. | <br>Difiney Device |

Analysis of US 8,833,374

Page 12

| | |
|---|---|
| *said lower tray assembly being responsive to a lateral compressive squeezing force applied thereto to correspondingly change the shape of and deform said lower tray assembly and thereby enable the first and complementary sets of teeth of said position adjustment block and said locking channel to be released from their interlocking engagement with one another so as to permit said upstanding position adjustment block to slide through said recessed locking channel whereby the positions of said lower tray assembly and the patient's lower jaw are correspondingly adjusted relative to the positions of said upper tray assembly and the patient's upper jaw.* | |
| The Difiney Device comprises the upper tray assembly (rather than the lower tray assembly) being responsive to a lateral compressive squeezing force simultaneously applied to the opposite sides thereof to temporarily change the shape of and deform said lower tray assembly, and otherwise is identical to the claimed limitation. The upper tray being responsive to compression rather than the lower tray is an insubstantial change to the claim language which results in a functionally equivalent device and is therefore covered under the doctrine of equivalents. *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 25, (1997). |  |