UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APNEA SCIENCES CORPORATION,

                              Plaintiff,

            -against-

FISSIONTECH LLC,

                              Defendant.

Case No. 1:25-cv-10328 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record at the parties' Initial Pretrial Conference, Defendant's

letter motion to stay discovery pending resolution of Defendant's motion to dismiss is DENIED.

    The Clerk of Court is respectfully directed to terminate the motion at Dkt. 32.

Dated:  April 30, 2026
        New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge