UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APNEA SCIENCES CORPORATION,

                    Plaintiff,

          -against-

FISSIONTECH LLC,

                    Defendant.

Case No. 1:25-cv-10328 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 19, 2026, Plaintiff filed a motion for leave to file a first amended complaint.  *See* Dkt. 51.  Defendant's deadline to oppose the motion has not passed, and the Court has not ruled on the motion.  Yet, on June 29, 2026, Plaintiff filed its first amended complaint on the docket.  *See* Dkt. 52.

Because Plaintiff's deadline to amend its complaint as a matter of right has passed, it "may amend its pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Accordingly, by **July 3, 2026**, Defendant shall (1) confirm whether it gave Plaintiff its written consent to file the amended complaint (subject to any potential motion to dismiss), and (2) if not, submit any opposition to the motion for leave to amend so that the Court may adjudicate the issue.

Dated:  June 30, 2026
          New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge